IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMILIO and RITA BERUMEN          :
                                 :     CIVIL ACTION NO.  02-CV-4238
                    Plaintiffs,  :
                                 :
          v.                     :
                                 :
BAYER CORPORATION;               :     ENTRY OF APPEARANCE
BAYER AG;                        :
GLAXOSMITHKLINE, PLC;            :
GLAXOSMITHKLINE;                 :
SMITHKLINE BEECHAM               :
                                 :
                    Defendants.  :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather


_____          _____
Erin Brennan                             Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000